UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RONALD D. RUSSO,

        Plaintiff,

v.                                            Case No:   2:13-cv-401-FtM-38DNF

WILSON-COOK MEDICAL, INC.,

        Defendant.
_____/

# ORDER[1]

This matter comes before the Court on the Plaintiff's Motion for Leave to File First Amended Complaint (Doc. #58) filed on December 26, 2013. Defendant filed a response (Doc. #60) on December 29, 2013.

Under Rule 15(a), a party may amend their pleading as a matter of course before being served with a responsive pleading or up to twenty-one (21) days after serving the pleading if a responsive pleading is not allowed and the action is not yet on the trial calendar. Fed. R. Civ. P. 15(a)(1). Otherwise, the party must seek leave of court or written consent of the adverse party in order to amend the pleading. Fed. R. Civ. P. 15(a)(2). "The decision whether to grant leave to amend a complaint is within the sole discretion of the district court." Laurie v. Ala. Crim. App., 256 F.3d 1266, 1274 (11th Cir. 2001).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Pursuant to Fed. R. Civ. P. 15(a), however, timely motions for leave to amend are held to a very liberal standard and leave to amend should be freely given when justice so requires. Senger Brothers Nursery, Inc. v. E.I. Dupont De Nemours & Co., 184 F.R.D. 674, 678 (M.D. Fla 1999).

Thus, Rule 15(a) limits the court's discretion by requiring that leave to amend must be "freely given when justice so requires." Foman v. Davis, 371 U.S. 178, 182, 83 S. Ct. 227, 9 L.Ed.2d 222 (1962); Nat'l. Indep. Theatre Exhibitors, Inc. v. Charter Financial Group, Inc., 747 F.2d 1396, 1404 (11th Cir. 1984).  As a result, the Court must provide substantial justification if the Court denies a timely filed motion for leave to amend. Laurie, 256 F.3d at 1274. "Substantial reasons justifying a denial include 'undue delay, bad faith, dilatory motive on the part of the movant . . . undue prejudice to the opposing party by virtue of allowance of the amendment [and] futility of allowance of the amendment.'" Id.

Plaintiff has become aware of new information in relation to this controversy. Accordingly, Plaintiff now seeks to file his First Amended Complaint. This motion is unopposed by Defendant. This matter is at a relatively early stage in the litigation and an amendment to the Complaint would not delay this matter or prejudice Defendant. The Court finds good cause to grant Plaintiff leave to file an amended complaint.

The Court reminds the parties that they are to file exhibits as attachments to their motions.  Further, the Parties are directed to provide courtesy copies of documents exceeding 25 pages in length pursuant to the Standing Order. (Doc. #4).

Accordingly, it is now

**ORDERED:**

1. Plaintiff's Motion for Leave to File First Amended Complaint (Doc. #58) is **GRANTED**.

2. The Clerk is directed to file the First Amended Complaint on the Docket. (Doc. #58, pp.6-18) along with the exhibits as separate attachments (Exhibit 1 is Doc. #58, pp.19-24; Exhibit 2 is Doc. #58, pp.25-26). Defendant shall respond in accordance with the Federal Rules of Civil Procedure and Local Rules.

3. All other pending motions are **DENIED as moot**. (Doc. #34; Doc. #46; Doc. #51; Doc. #59).

**DONE** and **ORDERED** in Fort Myers, Florida this 31st day of December, 2013.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record