UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RONALD D. RUSSO,

    Plaintiff,

v.                                 Case No:  2:13-cv-401-FtM-38DNF

WILSON-COOK MEDICAL, INC. and
SHELLEY BUMA,

    Defendants.
_____/

**ORDER[1]**

    This matter comes before the Court on review of Defendant Wilson-Cook Medical, Inc.'s Response to Order to Show Cause (Doc. #47) filed on January 21, 2014. On January 7, 2014, the undersigned issued an Order questioning whether subject matter jurisdiction was proper in this case based upon the allegations of Plaintiff Ronald D. Russo's citizenship in the Notice of Removal. (Doc. #64; see also Doc. #1). The Court provided Defendant Wilson-Cook Medical, Inc. a period of time to establish this Court's jurisdiction. Based upon Defendant's response to the Order to Show cause, the Court finds this case is properly before it.

    The Court further reviews Cook Incorporated's Unopposed Motion to Substitute Defendant (Doc. #63) filed on January 6, 2014. Cook Incorporated's motion indicates Defendant Wilson-Cook Medical, Inc. was merged into and became a part of Cook

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Incorporated on January 1, 2014. (See also, Doc. #63-1; Doc. #63-2). Accordingly, Cook Incorporated is the real party in interest in this matter and is now responsible and liable for the liabilities and obligations of Wilson-Cook Medical, Inc.

Accordingly, it is now

**ORDERED:**

1. The Court will take no further action on its Order dated January 7, 2014. (Doc. #64).

2. Cook Incorporated's Unopposed Motion to Substitute Defendant (Doc. #63) is **GRANTED**.

3. The Clerk is directed to reflect in the style of the case the substituted Defendant, Cook Incorporated, as the proper Defendant in this action.

**DONE** and **ORDERED** in Fort Myers, Florida this 22nd day of January, 2014.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record